MARTHA S. HOWELL, appellant,

*v.*

JOSEPH D. SHOTWELL, executor of Jacob R. Shotwell, deceased, et al., respondents.

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Robeson v. Shotwell, 10 Dick. Ch. Rep. 318.*

*Mr. Schuyler B. Jackson,* for the appellant.

*Mr. Benjamin A. Vail,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON—10.

*For reversal*—None.